JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet      U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** U.S. Secret Service

**City** Burlington    **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____    Case No. 16-mj-7123-JCB
Same Defendant _____    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

## Defendant Information:

**Defendant Name** Marian Florea    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Unknown

**Birth date (Yr only):** 1975   **SSN (last4#):** UK   **Sex** M   **Race:** White   **Nationality:** Romania

**Defense Counsel if known:** --    **Address** --

**Bar Number** --

## U.S. Attorney Information:

**AUSA** Steven H. Breslow    **Bar Number if applicable** --

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: --

**Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

## Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint    ☐ Information    ☐ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 5-4-2016    Signature of AUSA: *[signature]* Timothy Landry for Steven Breslow

**District Court Case Number** (To be filled in by deputy clerk): 16-mj-7123-JCB

**Name of Defendant** Marian Florea

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1344 and 1349 | Bank Fraud | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**